IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VANESSA VALDEZ<br>Plaintiff,<br><br>v.<br>STATE FARM MUTUAL<br>AUTOMOBILE COMPANY<br>Defendants | § § § § § § § § | Civil Action No. 1:23-cv-00476-RP |

PLAINTIFF'S SECOND AMENDED PETITION & REQUEST FOR DISCLOSURE

A.  Discovery Control Plan

1. Plaintiff intends to conduct discovery under Level 1 of Texas Rule of Civil Procedure 190.4.

B.  Parties

2. Plaintiff, Vanessa Valdez, an individual, is a resident of Muskegon County, Michigan. Plaintiff, Vanessa Valdez, has also acquired by means of a turnover order, Jose Cruz's rights against Defendant Clear Spring Property and Casualty Insurance Company.

3. Defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), is a duly incorporated insurance company authorized to do business and doing business in the State of Texas, has been served and has filed an answer.

C.  Jurisdiction

4. The court has jurisdiction over the lawsuit because the amount in controversy exceeds this court's minimum jurisdictional requirements.  Plaintiff seeks

monetary relief of $250,000 or less. Specifically, Plaintiff seeks recover of her full policy benefits of $50,000.00 plus attorney fees.

## D. Venue

5. Venue is proper in Travis County under Texas Civil Practice & Remedies Code section 15.002 because all or a substantial part of the events or omissions occurred in Travis County[1] and because defendant, a natural person, resides in Travis County[2].

## E. Facts

6. On October 3, 2020, plaintiff Vanessa Valdez suffered injuries to her person when plaintiff's car was struck by a vehicle owned and operated by defendant Jose M. Cruz. The collision occurred at Intersection of Loyola Lane and Decker Lane, Travis County, Texas. Plaintiff has recovered all the remaining available insurance from Mr. Cruz' insurance company.

## F. Count 2 - UIM Claim Against State Farm

7. At the time of the motor vehicle collision described above, Plaintiff was covered by an automobile liability policy of insurance with Defendant State Farm that included underinsured motorist coverage. Plaintiff timely and properly notified Defendant State Farm of her claims under the underinsured provision of the

---

[1] *Tex. Civ. Prac. & Rem. Code §15.002(a)(1)*
[2] *Tex. Civ. Prac. & Rem. Code §15.002(a)(2)*

policy. Defendant State Farm has not offered Plaintiff a fair settlement. All conditions precedent to bringing this suit have been performed or have occurred.

### G. Declaratory Judgment

8. Based on the foregoing facts, and pursuant to the policy of insurance in force and effect between Plaintiff and Defendant State Farm at the time of the collision, Plaintiff seeks a declaratory judgment pursuant to TEX. CIV. PRAC. & REM. CODE Ch. 37 that she is entitled to recover from Defendant State Farm her damages resulting from the motor vehicle collision, that those damages fall within the coverage afforded her under the Defendant State Farm's insurance policy of up to $50,000.00, and specifying the amount of damages, attorney fees, interest, and court costs that Defendant State Farm is obligated to pay.

### H. Attorney Fees

9. Pursuant to TEX. CIV. PRAC. & REM. CODE Ch. 37, Plaintiff seeks recovery of reasonable and necessary attorneys' fees from Defendant State Farm, for which they hereby sue.

### I. Prayer

10. For these reasons, Vanessa Valdez asks that defendant be cited to appear and answer and that Vanessa Valdez have judgment against Clear Spring and State Farm for the following damages:

    a. Physical pain in the past and future.
    b. Mental anguish in the past and future.

    c.  Physical impairment in the past and future.

    d.  Medical expenses in the past and future.

    e.  Actual damages.

    f.  Costs of suit.

    g.  Prejudgment and postjudgment interest.

    h.  Attorney's fees.

    i.  All other relief, in law and in equity, to which plaintiff may be entitled.

<u>s/ Andrew S. Traub, Esq.</u>
**The Traub Law Office, P.C.**
Andrew S. Traub, Esq.
8701 Shoal Creek Boulevard
Suite 401
Austin, TX 78757
Texas Bar No.00794751
Tel.  (512) 246-9191 x1001
Fax (512) 275-3786
andrew@austinaccidentlawyer.com

**ATTORNEY FOR PLAINTIFF, HAYDEN SHANAFELT, VANESSA VALDEZ**

### <u>CERTIFCATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing instrument has been electronically served on all counsel of record on this day of May 11, 2023.

<u>/s/ Andrew Traub</u>
Andrew Traub

W. Paul Miller
Germer Beaman & Brown PLLC
One Barton Skyway
1501 South Mopac Expressway
Suite A400
Austin, Texas 78746
Via email: <u>wpm-svc@germer-austin.com</u>

Melissa Osio Martinez
Gault, NYE & Quintana, L.L..P.
PO Box 6737
McAllen, Texas 78504
Via email: mosiomartinez@gnqlawyers.com