# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**VANESSA VALDEZ,**
     *Plaintiff*

§
§
§
§

**v.**

§
§

    **Case No. 1:23-CV-00476-SH**

**STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,**
     *Defendant*

§
§
§
§

## FINAL JUDGMENT

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice, filed June 11, 2024 (Dkt. 27). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties state that they have resolved their dispute and stipulate to dismissal of this action with prejudice.

The Court approves of the stipulation and **ORDERS** that all claims brought by Plaintiff Vanessa Valdez against Defendant State Farm Mutual Automobile Insurance Company are **DISMISSED WITH PREJUDICE**. All taxable costs of court shall be taxed against the party incurring same.

The Court **FURTHER ORDERS** that all court settings are **CANCELED** and that the Clerk of Court **CLOSE** this case.

**SIGNED** on June 11, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE